■ CITY OF NEW ROCHELLE et al., Petitioners, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, on the Complaint of WILLIAM MURPHY, et al., Respondents. — Proceeding pursuant to Executive Law § 298 to review an order of the New York State Division of Human Rights (division) dated June 18, 1984, which, *inter alia*, (1) held that petitioners illegally discriminated

against the complainant by disqualifying him for the position of police officer on the basis of a disability; and (2) ordered petitioners to restore the complainant to eligibility for appointment as a police officer to all available positions.

Order confirmed and proceeding dismissed, without costs or disbursements.

The division's determination is supported by substantial evidence (*see, 300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Thompson, J. P., Brown, Niehoff and Lawrence, JJ., concur.